Shaun J. Voigt, SBN 265721
Email: svoigt@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
(949) 851-2424  Fax: (949) 851-0152

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MEJIA as an individual and on behalf of all others similarly situated<br>Plaintiff(s)<br>v.<br>ALLIANCE RESIDENTIAL, LLC dba Alliance Residential Company and Does 1-25<br>Defendant(s). | CASE NUMBER<br>CV-11-8879-DDP (JCGx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

__Alliance Residential, LLC__     ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Shaun J. Voigt of Fisher & Phillips LLP__
                                                        *New Attorney*
as attorney of record in place and stead of __Erica Rocush, Robert Wennagel of Ogletree Deakins Nash Smoak & Stewart__
                                              *Present Attorney*

Dated __December 12, 2011__

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __December 12, 2011__

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __December 12, 2011__

*Signature of New Attorney*

__265721__
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)     REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY